UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

                                                  Civil Action No.: CV-97-6325
     v.                                            Judge: Wexler
                                                    Magistrate Judge: Lindsay

SALVATORE J. MAZZEO,
GEORGE CARHART, and
PAUL ALESSANDRINI, JR.,

                Defendants.
-------------------------------------------------------X

## CONSENT JUDGMENT

Plaintiff United States of America, by its undersigned attorney, and defendant George Carhart, pro se, stipulate that judgment be entered in favor of the United States totaling **$118,336.30**, plus interest accruing, as provided by 26 U.S.C. §§6601, 6621, from March 12, 2007 through date of entry of judgment, with interest to accrue on such amount after the entry of judgment as provided by 28 U.S.C. §1961(c)(1). The total judgment relates to the assessed and unpaid trust fund recovery penalty, pursuant to 26 U.S.C. §6672(a), of George Carhart for the period ended December 31, 1994, inclusive of accrued statutory amounts computed through March 12, 2007.

| | |
|---|---|
| /s/ Bartholomew Cirenza | /s/ George Carhart |
| BARTHOLOMEW CIRENZA (BC6415) | GEORGE CARHART |
| Trial Attorney | Profit Wisdom, Inc. |
| U.S. Department of Justice, Tax Division | 242 W. 30th Street, Suite 300 |
| PO Box 55, Ben Franklin Station | New York, NY 10001 |
| Washington, D.C. 20044 | Tel. No.: (212) 244-8163 |
| Tel. No.: (202) 307-6503 | |
| Fax: (202) 514-9649 | *Pro se Defendant* |
| [Email: bartholomew.cirenza@usdoj.gov] | |

*Attorney for Plaintiff*

IT IS **SO ORDERED**, this 30th day of March, 2007, by

_____
LEONARD D. WEXLER
United States District Judge, E.D.N.Y.